# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD H.W. GOUGH,<br><br>                Plaintiff,<br>vs.<br><br>U.S. NAVY ET. AL. ,<br><br>                Defendant. | CASE NO. 08CV1360 BTM (BLM)<br><br>ORDER RE: MOTION TO PROCEED IFP |

Plaintiff in this case filed a request to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915. Plaintiff's supporting declaration indicates that he received money from pensions, annuities or life insurance payments but does not describe the source or specify the amount as instructed. Plaintiff's motion to proceed is therefore DENIED without prejudice. Plaintiff shall pay the filing fee or file an amended motion to proceed IFP which contains the required information on or before August 29, 2008. Failure to pay the filing fee or file an amended motion to proceed IFP shall result in a dismissal of this action.

DATED: August 14, 2008

_Barry Ted Moskowitz_

Honorable Barry Ted Moskowitz
United States District Judge